[No. 44173-0-II.   Division Two.   June 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LESTER JIM JAMES, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-00128-3, Michael H. Evans, J., entered November 2, 2012. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 44240-0-II.   Division Two.   June 17, 2014.]

JUSTIN M. NELSON ET AL., *Appellants*, v. SKAMANIA COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-2-01034-3, Diane M. Woolard, J., entered November 2, 2012. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 44992-7-II.   Division Two.   June 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO G. CASTRO, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-1-00412-9, Amber L. Finlay, J., entered May 15, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Hunt and Maxa, JJ.

[No. 30222-9-III.   Division Three.   June 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LEONEL MONCADA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-00543-4, David A. Elofson, J., entered August 30, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.